# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**United States of America,**

        **Plaintiff,**

v.                                                            Case No. 06-20151-JWL

**Jerry L. Lester,**

        **Defendant.**

## **MEMORANDUM & ORDER**

On January 6, 2015, the court denied Mr. Lester's third petition for writ of error coram nobis through which Mr. Lester sought relief from his criminal conviction. One day later, presumably not having received the court's January 6, 2015 memorandum and order, Mr. Lester filed an amended petition for writ of error coram nobis in which he seeks not only to overturn his criminal conviction but also to restore his civil rights and to obtain a "monetary settlement" to the extent forfeited property may have been destroyed. For the reasons identified in the court's January 6, 2015 memorandum and order, Mr. Lester's amended petition for writ of error coram nobis is dismissed.

Moreover, the court is unaware of any relief that Mr. Lester might be able to obtain at this juncture through continued filings in his criminal case. The court cautions Mr. Lester that the court will consider imposing filing restrictions in the very near future if Mr. Lester continues to challenge his conviction through meritless, frequent and repetitive filings in this case.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Mr. Lester's amended petition for writ of error coram nobis (doc. 260) is dismissed.

**IT IS SO ORDERED.**

Dated this 8th day of January, 2015, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge